# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE J. LEVINE, | Case No.: 2:20-cv-01616-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket Nos. 3, 4] |
| MICHAEL D. BROWN, | |
| Defendant(s). | |

This is a miscellaneous action involving the attempt to quash a discovery subpoena. On August 31, 2020, motion practice aimed at that goal was filed. Docket Nos. 3-4. To date, no response has been filed.

Attorney Scott Bogatz is the subpoenaing attorney. *See* Docket No. 5-1. Although the motion practice includes proof of service on Mr. Bogatz, *e.g.*, Docket No. 3 at 8, he is not identified as counsel of record on the docket.

The Court hereby INSTRUCTS the Clerk's Office to add Mr. Bogatz to the docket as attorney of record for Plaintiff, and to include him on the CM/ECF distribution with respect to the issuance of this order. Mr. Botatz must file either a non-opposition or a response to the pending motions by September 29, 2020.

IT IS SO ORDERED.

Dated: September 22, 2020

Nancy J. Koppe
United States Magistrate Judge