# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE J. LEVINE,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>MICHAEL D. BROWN,<br><br>　　　Defendant(s). | Case No.: 2:20-cv-01616-JCM-NJK<br><br>**Order**<br><br>[Docket Nos. 3, 4] |

　　　This is a miscellaneous action involving the attempt to quash a discovery subpoena. On August 31, 2020, motion practice aimed at that goal was filed. Docket Nos. 3-4. No response was filed by the default deadline. *See* Local Rule 7-2(b). Accordingly, the Court ordered that either a response or a notice of non-opposition must be filed by September 29, 2020. Docket No. 8. Neither a response nor a notice of non-opposition has been filed. Accordingly, the motion to intervene and the motion to quash the subpoena are hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). The Clerk's Office is **INSTRUCTED** to close this case.

　　　IT IS SO ORDERED.

　　　Dated: September 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1